IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:12CR282 |
| vs. | ) | |
| | ) | ORDER |
| GUADALUPE WEBB, | ) | |
| JOSE FLORES-GARCIA, | ) | |
| ROSALINA GONZALEZ, | ) | |
| CERVANDO TERAN TERREZAS, | ) | |
| CHRISTINA ASHLEY RAMIREZ, | | |
| MARIO ROSALES, | | |
| | | |
| Defendants. | | |

This matter is before the court on the defendant Jose Flores-Garcia's motion to continue trial [222] as counsel needs additional time to investigate case and prepare for trial  For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for February 12, 2013 is continued to **March 12, 2013.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 12, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED February 6, 2013.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**